# Court of Appeals
## Tenth Appellate District of Texas

10-25-00320-CR

In re Bobby Joe Buckner

Original Proceeding

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Relator's Petition for Writ of Mandamus was filed on September 5, 2025. There are procedural problems with the petition, including but not limited to, Relator's failure to provide proof of service of the petition to the trial court judge and the State, and the documents relied on by Relator are not properly sworn. *See* TEX. R. APP. P. 9.5; 52.3(k); 52.7(a), (c); TEX. CIV. PRAC. & REM. CODE § 132.001(c). Nevertheless, we use Rule 2 to suspend the operation of these rules and deny relator's petition. *See* TEX. R. APP. P. 2.

Relator's Motion to Appoint Counsel, also filed on September 5, 2025, is dismissed as moot.

LEE HARRIS
Justice

OPINION DELIVERED and FILED:  September 25, 2025

Before Justice Smith,
        Justice Harris, and
        Senior Justice Davis[1]
Petition denied
Motion dismissed
Do Not Publish
OT06



---

[1] The Honorable Rex Davis, Senior Justice (Retired) of the Tenth Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court.  *See* TEX. GOV'T CODE §§ 74.003, 75.002, 75.003.